# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | |
|---|---|
| TROY H., POA, obo STEVEN H., | : Case No. 3:24-cv-00070 |
| Plaintiff, | : Magistrate Judge Caroline H. Gentry |
| | : (by full consent of the parties) |
| vs. | : |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : |
| Defendant. | : |

## DECISION AND ENTRY

This Social Security case is presently before the Court on Defendant's Motion to Remand. (Doc. No. 11.) Plaintiff neither objected to nor consented to the Motion. (Doc. No. 11 at PageID 1792.) Upon consideration of the record, the Court agrees that this matter requires further fact-finding in order to determine whether Plaintiff is disabled. The Court therefore **REVERSES** the Commissioner's decision pursuant to Sentence Four of 42 U.S.C. § 405(g), with remand of the cause to the Commissioner for further administrative proceedings. Upon remand, the administrative law judge will take any further action necessary to complete the administrative record, offer Plaintiff a new hearing, and issue a new decision.

**IT IS THEREFORE ORDERED THAT:**

1. Defendant's Motion to Remand (Doc. No. 11) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to Sentence Four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and Defendant's Motion; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge